United States v. James Chapman

18cr155 (LJV)

**Exhibit A**

To your honor

I was wrong and I am Sorry. I Know you Probly heard every excuse out There I will tell you The Truth I was loney and making money I figured I could trade money for Sex. I was not Thinking of her age because She Acted old enough. I Know That's not an excuse but it's The truth. I Know I am facing a long time in prison but When I get out. I promise I'll never be involed with a minor again or involed in a Sexual Crime. I Won't lie and ~~never~~ Say I'll never Be in trouble again But I will Promise you it Would Be for Something like a loud muffler or Busted taillight. I am 39yr old and I've Been locked up most of my life. I Can tell you All The messed up Things thAt happened to me By My family or Placement's I've been in or other Stuff like getting molested By My My BabySitter's Boyfriend when I was young I Remember Some Stuff But Alot of Stuff I don't Remember Because of all The Drugs But Was told to me By my family or in my medical files

I was Placed on meds for Seizures at 3yrs old Because I wanted my holloween Candy and my mom would not give it too me So I threw a fit This was in the 80's So They Threw me on meds

I've Been in and out of mental health + Jevile from 3yr old Till I was 19yrs old





I Was molested By my BabySitter's boyfriend when I Was young and he was a older man

My mom Sent me to Stay with My Abusive grandma That used to beat her as a Kid. My grandma used to beat me and Then Put me in The Tub with ice + Cold water So I would not Bruse lock me in my Room and hand Cuff me to my Bed While She left me home alone after I learned to excape the handcuffs She Then used to lock me in her bedroom closet if I really pissed her off She locked me in The Basement food pantry in The middle of winter in only my underwear and a Sweater When I missed The Bus once for School She made me walk behind her Car from Jamestown to Ashville which is 4 towns away Then She went to Ponderusa Restrant and to eat and I was only Alowd Water

Because of all The meds I was on I did not feel much Pain So When I got into trouble My mom used to hit me with pot's + pan and Things like The last time it was firewood That's was Why I Ran away from home at 12

When I Came home at 17 from Dfy tryon I was Sent To a mentel health hospital for a evel after 2weeks of Being There They Said There was nothing wrong The ASK my mom to Come get me She Said no So They Said There was no Reason to be There She Still Said no So They Sent me Western pennsyuvina Adulest Center WPCA mercer over in hermitage PA

(3)

When I was locked up in hillside in Rochester I Remember Running Away after The 3rd time my mom came and got me Saying She thougt I wanted to be There. I Always felt unwanted

My father was never around and when he was he was Always Drunk one time he had me on his lap while he was Drunk and Driving The Car went Down an abankment Rolled like 3times landed on it's Roof and was leaking gas and was Brused from head to toe ~~want~~ when he to me Back home to my mom They where Seeperated

I've been in learning disability Classes All my life I was in Boce's 1-6-1 That's 1 teacher 6 Students 1 Ade Because I had Problems with with groups I had Problem in Regura' Schools but when I took my Ged At 17 I passed it 1st Time

I've Been on a lot of meds most of my memeroy is Blured or gone

I Remember Doing Stupid things to get attion from my mom I figured negitive Attion was better Then no Attion

I Remember having to Do Alot of test in The hospitals for Seizures like one where They paste wires in your hair and Wear a montier

I Remember taking Drugs That made my head feel like 1,000lbs or other's That made me Vomite water when I Drank it.

(4)

My mom used to incurage me to Steal She would give me part of The money I needed for a list of item's and Beat me if I did not Bring it all Back like She give me a list for like $20.00 worth of Stuff But give me like $5.00 or $10.00 to get it if I Did not Bring it all Back I got beat

I Remember when I lived in Ridgeway PA The Bus Driver She was female I went to Stay At her house once I dk Why I think Something happened There The memory Stay with me

I remember All my birthdays & holidays being locked up I have never been Close to my family I've Alway felt unwanted I've never Been in one Spot long enough to make friends

I Remember Some of The Staff members at the Justices Center's Abusing me like At father Baker's in Lackawana Slamming the Van Door into my legs

One Staff member at Dfy tryon used to have me massage his feet or they take Kid's plate's of food and Slam Them into The Kid's face's

I try to block out The past and to Just Think of The future and better things

I ve Been basically locked up from 3yrs old to till I was 27yrs old I was in and out of Juvie and mentel health from 3 to 12 locked up from 12 to 17 out 6months locked up 2yrs out 6month locked up 7yrs and locked up 2times 1yr each Sense Then not Conting the 2 yrs now When I am Done with this I Just want to get out and live a normal life I Remember those But I Dont Rember everthing

If you look at any of my Crimes Sense 2007 it's all Been Sales The breaking into place's + Stealing I did as a Kid The weed Charge I got in like 2009 it was for Selling her weed I'dont Smoke Drink or Do Drugs I had to many things messing with My mind as a Kid to Do it as a Adult But She was Selling weed and Cigerattes when I moved back up here from PA in 2007 So I help her I made no money for me off of The Stuff I Sold for her I did it to Just help my mom But Then I got Busted Selling her weed My Bail was $660.00 I ASK her to bail me out She Said no She had to pay hercarinsurance I told her I'd Pay her Back I had $900.00 in The bank from taxes I had a Job She Still Said no I lost my Job and everything So I Seen She really did not care for me So I Cut off my mom But I Still Sold Cigeratte's She and my other negitive family. I now apprecate the Seiruseness of my offence When I get out I plan to live a normal life get a Job and new postive friends I really Don't want to Spend the Rest of my life in Jail